IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDRIDGE CURRIE, | No  C 02-2343 VRW |
| Petitioner, | ORDER |
| v | |
| DERRAL G ADAMS, Warden, | |
| Respondent. | |

Petitioner submitted a document entitled "Request for Immediate Release from Custody."  The clerk is directed to file the document.  Petitioner's request is DENIED.  See Rules foll §2254, Rule 11.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge