IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDRIDGE CURRIE, | No C 02-2343 VRW |
|     Petitioner, | ORDER |
|     v | |
| DERRAL G ADAMS, Warden, | |
|     Respondent. | |

    Petitioner seeks appointment of Barry L Morris as his counsel pursuant to 18 USC §3006A. Morris has represented petitioner throughout his recent efforts to secure release from state prison and county jail pursuant to the court's order of July 6, 2006. The court may provide representation for any financially eligible person seeking relief under 28 USC §2254 if "the interests of justice so require." 18 USC §3006A(a)(2). The funds made available under §3006A derive from the federal government.

    Because the Contra Costa County district attorney failed to comply with the court's July 6 order to commence criminal

proceedings within 90 days, petitioner's counsel has been forced to spend considerable time and effort to secure compliance with the court's July 6 order.  The fault lies with the district attorney, not the United States.  Hence, before authorizing the expenditure of federal funds, the court should first consider whether Contra Costa County should be made to bear the costs.

Accordingly, the court invites petitioner to file a motion seeking to recover petitioner's fees and expenses in the form of sanctions against the appropriate state actors.

SO ORDERED.

**VAUGHN R WALKER**
**United States District Chief Judge**