IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALDRIDGE CURRIE,** | No  C  02-2343  VRW |
| Petitioner, | ORDER |
| v | |
| **WARREN E RUPF, Sheriff of Contra Costa County,** | |
| Respondent. | |

    Petitioner seeks release pending his retrial on murder charges in Contra Costa superior court.  The circumstances leading to the retrial have been fully explained in prior orders and, as the court writes for the parties who are thoroughly familiar with the facts, they will not be recounted here.  Suffice it to say that after a directive by the Ninth Circuit, this court on July 6, 2006, ordered that petitioner be retried within ninety days or released.  Neither event occurred within that time frame, hence the problem at bar.

The Contra Costa district attorney's office has not performed admirably in this matter - having lost, overlooked or ignored this court's order - but has now prepared itself to retry petitioner and announced in both superior court and here that it is "ready for trial." Petitioner's former counsel (counsel in the first trial) is now defending another murder case and could not get ready to defend petitioner until conclusion of that other case. For that reason, other counsel was appointed to defend petitioner. New counsel, understandably enough, requires time to get ready. Petitioner's retrial is now scheduled for April 23, 2007.

Although ably represented in this proceeding, petitioner has been unable to point to evidence that petitioner's former counsel somehow manufactured the conflicting engagement or that the delay requested by petitioner's present counsel is unreasonable and these problems can somehow be laid at the district attorney's doorstep. The court's November 22 order stated that "[i]f the criminal proceedings against petitioner shall have commenced by December 14 or if not then commenced but through no fault of the prosecutor, petitioner will have little cause for complaint." Doc #67. Because the district attorney's office has demonstrated a willingness to proceed and petitioner's retrial has been postponed to accommodate defense counsel's preparation, petitioner's request for release is DENIED.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge